BAUTE & TIDUS LLP
Mark D. Baute (State Bar No. 127329)
mbaute@bautelaw.com
Henry H. Gonzalez (State Bar No. 208419)
hgonzalez@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Plaintiff
GENTLE GIANT STUDIOS, INC.

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENTLE GIANT STUDIOS, INC., | Case No. CV 08-1425-VBF (MANx) |
| Plaintiff, | **STIPULATED PERMANENT INJUNCTION** |
| vs. | Hon. Valerie Baker Fairbank |
| GEORGE GASPAR and DOES 1-10, inclusive, | |
| Defendants. | |

105105.5

*GENTLE GIANT, INC. v. GASPAR*

**STIPULATED PERMANENT INJUNCTION**

**IT IS HEREBY STIPULATED** by and between the plaintiff, **GENTLE GIANT STUDIOS, INC.** (hereinafter, "Plaintiff" or "Gentle Giant"), and defendant **GEORGE GASPAR** (hereinafter "Defendant") that the following shall be ordered as a Permanent Injunction and Judgment in this matter and is so entered:

1. The Defendant and any entities, including websites, in which the Defendant currently has, or at any time in the future may have, an ownership interest, and such entities, including websites, which the Defendant currently operates/and or controls, or in the future may operate and/or control, the officers, principals, in-house counsel, directors and employees of any such entities, the Defendant's representatives, successors and assigns, and all those acting in concert or participation with Defendant shall be, and hereby are **ENJOINED** from:

    (a) Imitating, copying, manufacturing, replicating, distributing, registering as an internet domain name, continuing to use as an internet domain name or making any other use of Gentle Giant's registered trademark and/or trade name, including, but not limited, to the following trademark and/or service mark:

        (1) "Gentle Giant," registration number 3025395.

    (b) Imitating, copying, manufacturing, replicating, distributing, registering as an internet domain name, continuing to use as an internet domain name or making any other use of any name, or variation of any name, likely to cause confusion with Gentle Giant's registered trademark and/or trade name, including, but not limited to, the following variations of that trademark and/or trade name:

        (1) "Gentle Giant";

        (2) "Gentle Giant Ltd.";

        (3) "Gentle Giant Limited";

        (4) "Gentle Giant Studios";

  (5) "Gentle Giant Studio";

  (6) "Gentle Giant Incorporated";

  (7) "Gentle Giant Sculpting";

  (8) "Gentle Giant Sculptors";

  (9) "Gentle Giant Scanning";

  (10) "Gentle Giant Scanned Likenesses";

  (11) "Gentle Giant Prototyping"; and/or

  (12) "Gentle Giant Prototypes."

(c) Duplicating, manufacturing, replicating, assembling, producing, distributing, offering for distribution, circulating, advertising, importing, exporting, marketing, promoting, and/or printing any product or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of Plaintiff's registered trademark, trade name, service mark, or copyrights, including, but not limited to, the mark and copyrights represented by the trademark and/or service mark listed in subparagraph (a) above;

(d) Using any simulation, reproduction, counterfeit, unauthorized copy, or colorable imitation of Plaintiff's registered trademark, trade name, service mark, or copyrights including, but not limited to, the mark and copyright represented by the trademark and/or service mark listed in subparagraph (a) above, in connection with the manufacture, duplication, replication, assembly, production, distribution, offer for distribution, sale, offer for sale, circulation, advertisement, import, export, marketing, promotion, printing, display, transfer, and/or movement of any product or thing; engaging in any other activity constituting an infringement of Plaintiff's trademark or copyright, or of Plaintiff's rights in, or right to use or exploit said trademark or copyrights, or constituting any dilution of Plaintiff's name, reputation,

or goodwill;

(e) Using any false designation of origin or false description, including but not limited to internet domain names, which can or is likely to lead the trade or public, or individual members thereof, erroneously to believe that any product or thing has been manufactured, duplicated, replicated, assembled, produced, distributed, offered for distribution, circulated, advertised, imported, exported, marketed, promoted, printed, displayed, transferred, moved, licensed, sponsored, approved, or authorized by or for Plaintiff;

(f) Using the name, logo, or other variations thereof of Plaintiff's copyright and/or trademark in any of the Defendant's trade or corporate names or in any internet domain names;

(g) Using and/or causing to be registered domain names that are similar to, identical to, or likely to cause confusion with, Plaintiff's name;

(h) Engaging in any scheme or tactic that causes or is likely to cause any person or entity attempting to visit the Plaintiff's website to be redirected to another website;

(i) Licensing or otherwise distributing products and/or services using Plaintiff's name at any trade show, conference, toy industry event, website, broadcast and/or publication;

(j) Engaging in any other activity constituting an infringement of Plaintiff's trademark, service mark, or copyrights, or of Plaintiff's rights in, or right to use or to exploit said trademark, service mark, or copyrights; and

(k) Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (j) above.

///

1    2.   This permanent injunction shall be applicable to and prohibit acts performed within or directed towards any person or entity within the jurisdiction of this Court (the United States, its territories and possessions) and the Court shall retain jurisdiction over this action to the extent necessary to enforce and interpret this injunction.

3.   The Defendant shall immediately, to the extent he has not already done so, transfer to Gentle Giant any interest that the Defendant, and all those acting in concert or participation with Defendant, has in any internet domain names confusingly similar to the domain names owned and used by the Plaintiff, including but not limited to, the domain names http://www.gentlegiantlimited.com and http://www.gentlegiantstudio.com.

**IT IS SO ORDERED:**

Dated: October 31, 2008

*Valerie Baker Fairbank*
UNITED STATES DISTRICT JUDGE